No. 322, Misc. HARPER *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 325, Misc. THOMPSON *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 326, Misc. ROSS *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 328, Misc. OKSTEN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 333, Misc. YOUNG *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *John Raeburn Green* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 334, Misc. RUNNELS *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied. *Francis Conklin* for petitioner.

No. 344, Misc. CANADY *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 347, Misc. HAYES *v.* LaVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 351, Misc. BUND *v.* LaVALLEE, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Frank S. Hogan* and *Harold Roland Shapiro* for respondents.

No. 356, Misc. ATKINSON ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Kenneth K. Simon* for petitioners. *Solicitor General Cox* for the United States.